UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA SUPERIOR COURT JUDGES KENNETH J. MELIKIAN, WARREN C. STRANCENER, THOMAS A. SMITH, VICKI ASHWORTH, JAME PENSE, MARK A. RALPHS,<br><br>    Defendants. | No.  2:19-cv-1981-MCE-EFB PS<br><br>ORDER |

On August 27, 2020, this case was dismissed when the district judge adopted in full the August 6, 2020 findings and recommendations, which recommended that the complaint be dismissed without leave to amend for failure to state a claim pursuant to 28 U.S.C. § 1915(a). ECF Nos. 4 & 5.  Judgment was duly entered.  ECF No. 6.

On September 8, 2020, plaintiff filed two amended complaints.  ECF Nos. 7 & 8. Plaintiff's recent filings do not constitute a proper request for reconsideration or appeal of the August 27, 2020 order and judgment.  Therefore, the documents will be disregarded.  Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

/////

/////

Accordingly, it is hereby ORDERED that plaintiff's two amended complaints (ECF Nos. 7 & 8) are disregarded.

SO ORDERED.

DATED:  September 16, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2